**Steven E. BURNS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79457**

Missouri Court of Appeals, Western District.

ORDER FILED: June 27, 2017

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. Steven E. Burns appeals the Clay County circuit court judgment denying his post-conviction relief motion following an evidentiary hearing. Mr. Burns was convicted by a jury of first-degree murder in 2009 for a murder that occurred in 1984. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).